Certificate Number: 17572-PAM-DE-032731543

Bankruptcy Case Number: 19-01385



17572-PAM-DE-032731543

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 27, 2019</u>, at <u>5:42</u> o'clock <u>AM PDT</u>, <u>Alfred W Poole</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>April 27, 2019</u>  By: <u>/s/Benjamin E Wunsch</u>

Name: <u>Benjamin E Wunsch</u>

Title: <u>Counselor</u>