Certificate Number: 17572-PAM-DE-032731543

Bankruptcy Case Number: 19-01385



17572-PAM-DE-032731543

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 27, 2019, at 5:42 o'clock AM PDT, Alfred W Poole completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: April 27, 2019            By: /s/Benjamin E Wunsch

                                                     Name: Benjamin E Wunsch

                                                     Title: Counselor