```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                    Case No. 19-01385-HWV
Alfred Warner Poole                                                       Chapter 13
          Debtor                  CERTIFICATE OF NOTICE
District/off: 0314-1           User: CGambini               Page 1 of 1               Date Rcvd: May 13, 2019
                               Form ID: ntcnfhrg            Total Noticed: 9
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2019.
```
db             +Alfred Warner Poole,    245 Kennedy Court,    Hanover, PA 17331-1369
5192539        +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
5181475        +Bank of America, NA,    655 Paper Mill Road,    Newark, DE 19711-7500
5181476        +Frederic I. Weinberg & Assocs., PC,    375 East Elm Street,    Suite 210,
                 Conshohocken, PA 19428-1973
5181477        +Joel M. Flink, Esquire,    375 East Elm Street,    Suite 210,    Conshohocken, PA 19428-1973
5181480        +Mr. Cooper,   8950 Cypress Waters Boulevard,    Coppell, TX 75019-4620
5181481         Toyota Financial Services,    P.O. Box 4102,    Carol Stream, IL 60197-4102
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5181479             E-mail/Text: camanagement@mtb.com May 13 2019 19:43:32      M&T Bank,
                 Credit Card Payment Processing,    P.O. Box 62014,    Baltimore, MD 21264-2014
5181478             E-mail/Text: camanagement@mtb.com May 13 2019 19:43:32      M&T Bank,    P.O. Box 64679,
                 Baltimore, MD 21264
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2019                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Thomas E. Miller    on behalf of Debtor 1 Alfred Warner Poole staff@tommillerlawoffice.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Alfred Warner Poole,

**Debtor 1**

Chapter 13

Case No. 1:19–bk–01385–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**June 19, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: June 26, 2019<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: May 13, 2019 |

ntcnfhrg (03/18)