LOCAL BANKRUPTCY FORM 2016-2(c)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    ALFRED W. POOLE,   :   CHAPTER 13
                              :
                              :   CASE NO. 1:19-bk-01385
                              :
          Debtor           :

## REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES

Instructions: Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), reimbursement of expenses to be paid through a Chapter 13 plan.
Complete **Part B** for payment of compensation and reimbursement of expenses to be allowed upon a separate application and Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| **A.** Presumptively reasonable fees under L.B.R. 2016-2(c) <br> 1. Amount agreed to by debtor <br> 2. Less amount paid to attorney outside of plan distributions <br> 3. Balance of compensation to be paid through plan distribution <br> 4. Expenses advanced to be paid through plan distributions: (describe expense and amount) | <br> $4,000.00 <br> $590.00 <br> $3,410.00 <br> $0.00 |

| | |
|---|---|
| **B.** Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a) <br> 1. Compensation and expenses to be approved by the Court <br> 2. Less amounts paid to attorney outside of plan distributions <br> 3. Balance of compensation and expenses to be paid through plan distributions | <br><br> $ <br> $ <br> $ |

| | |
|---|---|
| **C.** The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: | $3,410.00 |

Dated: April 3, 2019                      _____
                                                 Thomas E. Miller, Esquire
                                                 Attorney for Debtor