```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 19-01385-HWV
Alfred Warner Poole                                                 Chapter 13
        Debtor                  CERTIFICATE OF NOTICE
District/off: 0314-1           User: Christoph          Page 1 of 1          Date Rcvd: Dec 10, 2019
                               Form ID: ntpasnh         Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2019.
```
db             +Alfred Warner Poole,    245 Kennedy Court,    Hanover, PA 17331-1369
5192539        +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
5181475        +Bank of America, NA,    655 Paper Mill Road,    Newark, DE 19711-7500
5181476        +Frederic I. Weinberg & Assocs., PC,    375 East Elm Street,    Suite 210,
                 Conshohocken, PA 19428-1973
5181477        +Joel M. Flink, Esquire,    375 East Elm Street,    Suite 210,   Conshohocken, PA 19428-1973
5206749        +M&T Bank,   PO Box 1508,    Buffalo, NY 14240-1508
5181480        +Mr. Cooper,    8950 Cypress Waters Boulevard,    Coppell, TX 75019-4620
5210226        +Nationstar Mortgage LLC dba Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
5181481         Toyota Financial Services,    P.O. Box 4102,    Carol Stream, IL 60197-4102
5200372        +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5210086         E-mail/Text: ally@ebn.phinsolutions.com Dec 10 2019 19:12:50     Ally Bank,   PO Box 130424,
                 Roseville, MN 55113-0004
5181479         E-mail/Text: camanagement@mtb.com Dec 10 2019 19:12:59     M&T Bank,
                 Credit Card Payment Processing,    P.O. Box 62014,   Baltimore, MD 21264-2014
5181478         E-mail/Text: camanagement@mtb.com Dec 10 2019 19:12:59     M&T Bank,    P.O. Box 64679,
                 Baltimore, MD 21264
                                                                                              TOTAL: 3
```
```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2019                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Thomas E. Miller    on behalf of Debtor 1 Alfred Warner Poole staff@tommillerlawoffice.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | |
|---|---|
| Alfred Warner Poole<br><br>**Debtor 1** | Chapter: 13<br><br>Case number: 1:19–bk–01385–HWV<br><br>Document Number: 27<br><br>Matter: Debtor's Motion for Mortgage Modification |

## Notice

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002–1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **December 31, 2019**. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: December 10, 2019 |

ntpasnh(05/18)