IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br><br> ALFRED WARNER POOLE, <br><br> Debtor, <br><br> TOYOTA LEASE TRUST, <br><br> Movant, <br><br> V. <br><br> ALFRED WARNER POOLE, and <br> JACK N ZAHAROPOULOS, Trustee, <br><br> Respondents. | Bankruptcy No. 1:19-bk-01385-HWV <br><br> Chapter 13 <br><br> Doc. No. 33 |

CERTIFICATE OF NO OBJECTION OR RESPONSE

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay, at Doc. No. 33, and served on the Respondents herein has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than August 26, 2021.

    It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

    Respectfully submitted,

    BERNSTEIN-BURKLEY, P.C.

    By: /s/*Keri P. Ebeck*
    Keri P. Ebeck, Esq.
    PA I.D. # 91298
    kebeck@bernsteinlaw.com
    601 Grant Street, 9th Floor
    Pittsburgh, PA 15219
    Phone - (412) 456-8112
    Fax - (412) 456-8135

    Counsel for Toyota Lease Trust

Dated: August 27, 2021