# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Alfred Warner Poole

Case No.:1-19-01385 HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Nationstar |
| Court Claim Number: | 05 |
| Last Four of Loan Number: | 0228 |
| Property Address if applicable: | 245 Kennedy Ct |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $1,172.59 |
| b. | Prepetition arrearages paid by the trustee: | $1,172.59 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $1,172.59 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: May 30, 2024

                                        Respectfully submitted,

                                        /s/ Jack N. Zaharopoulos
                                        Standing Chapter 13 Trustee
                                        Suite A, 8125 Adams Drive
                                        Hummelstown, PA  17036
                                        Phone:  (717) 566-6097
                                        Fax:  (717) 566-8313
                                        email:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re:   Alfred Warner Poole

                      Case No.:1-19-01385 HWV

                      Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 30, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Thomas E. Miller, Esquire
29 York St
Hanover PA 17331

**Served by First Class Mail**
Nationstar Mtg, LLC
PO Box 619096
Dallas TX 75261-9741

Alfred Warner Poole
245 Kennedy Ct
Hanover PA 17331

I certify under penalty of perjury that the foregoing is true and correct.

Date:  May 30, 2024                                 /s/  Liz Joyce
                                                         Office of the Standing Chapter 13 Trustee
                                                         Jack N. Zaharopoulos
                                                         Suite A, 8125 Adams Dr.
                                                         Hummelstown, PA  17036
                                                         Phone:  (717) 566-6097
                                                         email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 19-01385  **ALFRED WARNER POOLE**

**NATIONSTAR MORTGAGE LLC D/B/A MR COOPER**
PO BOX 619094

DALLAS, TX  75261-

**Acct No:** 0228/PRE ARREARS/245 KENI

AMENDED POC FILED 5/23

**Sequence:** 24
**Modify:**
**Filed Date:** 6/12/2019 12:00:00AM
**Hold Code:**

| | | |
|---|---|---|
| Amt Sched: $183,992.91 | Debt: $1,172.59 | Interest Paid: $0.00 |
| Amt Due: $0.00 | Paid: $1,172.59 | Accrued Int: $0.00 |
| | | Balance Due: $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled DisbDescrp |
|---|---|---|---|---|---|---|---|---|
| **5200** | **NATIONSTAR MORTGAGE LLC D/B/A MR COOPER** | | | | | | | |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 07/14/2021 | 2002620 | $176.19 | $0.00 | $176.19 | 07/23/2021 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 06/16/2021 | 2001641 | $188.00 | $0.00 | $188.00 | 06/24/2021 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 05/18/2021 | 2000630 | $182.00 | $0.00 | $182.00 | 05/28/2021 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 04/15/2021 | 1229256 | $182.00 | $0.00 | $182.00 | 04/23/2021 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 03/17/2021 | 1228237 | $182.00 | $0.00 | $182.00 | 03/26/2021 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 02/17/2021 | 1227222 | $182.00 | $0.00 | $182.00 | 03/01/2021 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 01/19/2021 | 1226202 | $80.40 | $0.00 | $80.40 | 01/28/2021 |

**Sub-totals:** $1,172.59   $0.00   $1,172.59

**Grand Total:** $1,172.59   $0.00