| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor 1    Alfred Warner Poole | |
| Debtor 2    (Spouse, if filing) | |
| United States Bankruptcy Court for the: Middle District of Pennsylvania | |
| Case number 1:19-bk-01385-HWV | |

# Form 4100R
## Response to Notice of Final Cure Payment     10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of Creditor:** Nationstar Mortgage LLC     **Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 0228

**Property address:** 245 Kennedy Ct
Number Street
Hanover, PA 17331
City State ZIP Code

### Part 2: Prepetition Default Payments

Check one:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

Check one:

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

    The next postpetition payment from the debtor(s) is due on: _____
                                                                MM/DD/YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:     (a) $ 2,602.66
05/01/2024-06/01/2024: (2) payments in the amount of $2,705.92, less suspense in the amount of $103.26

b. Total fees, charges, expenses, escrow, and costs outstanding:     +(b) $ 0.00

c. **Total**. Add lines a and b.     (c) $ 2,602.66

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:     05/01/2024
                                                        MM/DD/YYYY

Debtor 1 _Alfred Warner Poole_  
    First    Middle    Last

Case number *(if known)* 1:19-bk-01385-HWV

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/Mario Hanyon
   Signature

Date 06/13/2024

Print    Mario Hanyon
         First Name  Middle Name  Last Name

Title   Attorney

Company   Brock & Scott, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   3825 Forrestgate Dr.
         Number    Street

Winston-Salem, NC 27103
City        State    ZIP Code

Contact phone   844-856-6646   Email PABKR@brockandscott.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Harrisburg Division*

| | |
|---|---|
| IN RE:<br>Alfred Warner Poole<br><br>Nationstar Mortgage LLC,<br>    Movant<br><br>vs.<br><br>Alfred Warner Poole ,<br>    Debtor | Case No. 1:19-bk-01385-HWV<br>Chapter 13 |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Response to Notice of Final Cure Payment has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

Thomas E. Miller, Debtor's Attorney
Law Offices of Thomas E. Miller, Esquire
249 York Street
Hanover, PA 17331
staff@tommillerlawoffice.com


Jack N Zaharopoulos, Bankruptcy Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee, US Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

Via First Class Mail:

Alfred Warner Poole
245 Kennedy Court
Hanover, PA 17331


Date: <u>June 13, 2024</u>

                                                 <u>*/s/Mario Hanyon*</u>
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

# Motion For Relief Information
## Post-Petition Ledger

| Filed By: | ALFRED W. POOLE 0 | Payment Changes | | | |
|---|---|---|---|---|---|
| | | **From Date** | **To Date** | **Total Amount** | **P&I Total** |
| Case Number: | 1901385 | 1-May-19 | 1-Mar-20 | $ 1,331.26 | |
| Filing Date: | 04/03/19 | 1-Apr-20 | 1-Feb-21 | $ 1,325.46 | |
| ayments in POC | $963.28 | 1-Mar-21 | 1-Dec-21 | $ 1,345.26 | |
| st Post Due Dat | 05/01/19 | 1-Jan-22 | 1-Dec-22 | $ 1,366.50 | |
| | | 1-Jan-23 | 1-Feb-24 | $ 1,411.36 | |
| | | 1-Mar-24 | | $ 1,352.96 | |
| | | | | $ - | |
| | | | | $ - | |

| Date | Amount Received | Applied To | Post Petition Amount Due | Post Suspense Balance | Comments | Applied (P&I and Escrow) | Additional Escrow Applied | Fees/Costs/Corp Applied | Payment Suspense | LSAM BR Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $ - | | | | | $ - | $ - |
| 04/10/19 | $ 1,526.34 | | | $ 1,526.34 | | $ - | $ - | | $ 1,526.34 | $ 1,526.34 |
| 08/02/19 | $ 1,340.61 | | | $ 2,866.95 | | $ - | $ - | | $ 1,340.61 | $ 2,866.95 |
| 08/02/19 | $ 4.39 | | | $ 2,871.34 | | $ - | $ - | | $ 4.39 | $ 2,871.34 |
| 08/20/19 | $ 1.23 | | | $ 2,872.57 | | $ - | $ - | | $ 1.23 | $ 2,872.57 |
| 08/26/19 | $ (1.23) | | | $ 2,871.34 | | $ - | $ - | | $ (1.23) | $ 2,871.34 |
| 08/30/19 | $ 1,340.61 | | | $ 4,211.95 | | $ - | $ - | | $ 1,340.61 | $ 4,211.95 |
| 08/30/19 | | | | $ 4,211.95 | | $ 963.28 | $ 563.07 | | $ (1,526.35) | $ 2,685.60 |
| 08/30/19 | $ 4.39 | | | $ 4,216.34 | | $ - | $ - | | $ 4.39 | $ 2,689.99 |
| 10/02/19 | $ 1,340.61 | | | $ 5,556.95 | | $ - | $ - | | $ 1,340.61 | $ 4,030.60 |
| 10/02/19 | | | | $ 5,556.95 | | $ 963.28 | $ 721.17 | | $ (1,684.45) | $ 2,346.15 |
| 10/02/19 | $ 4.39 | | | $ 5,561.34 | | $ - | $ - | | $ 4.39 | $ 2,350.54 |
| 11/04/19 | $ (353.19) | | | $ 5,208.15 | | $ - | $ - | | $ (353.19) | $ 1,997.35 |
| 11/06/19 | $ 1,684.45 | | | $ 6,892.60 | | $ - | $ - | | $ 1,684.45 | $ 3,681.80 |
| 11/06/19 | $ (824.20) | | | $ 6,068.40 | | $ - | $ - | | $ (824.20) | $ 2,857.60 |
| 11/06/19 | $ 824.20 | | | $ 6,892.60 | | $ - | $ 824.20 | | $ - | $ 2,857.60 |
| 11/06/19 | $ (3,190.82) | | | $ 3,701.78 | | $ (3,190.82) | $ - | | $ - | $ 2,857.60 |
| 11/06/19 | $ (860.25) | | | $ 2,841.53 | | $ - | $ - | | $ (860.25) | $ 1,997.35 |
| 11/06/19 | $ (1,526.34) | | | $ 1,315.19 | | $ - | $ - | | $ (1,526.34) | $ 471.01 |
| 11/06/19 | $ 2,386.59 | | | $ 3,701.78 | | $ - | $ - | | $ 2,386.59 | $ 2,857.60 |
| 11/06/19 | | | | $ 3,701.78 | | $ 747.18 | $ 584.08 | | $ (1,331.26) | $ 1,526.34 |
| 11/06/19 | | | | $ 3,701.78 | | $ 747.18 | $ 584.08 | | $ (1,331.26) | $ 195.08 |
| 11/06/19 | $ (195.08) | | | $ 3,506.70 | | $ - | $ - | | $ (195.08) | $ (0.00) |
| 11/06/19 | $ 195.08 | | | $ 3,701.78 | | $ 195.08 | $ - | | $ - | $ (0.00) |
| Loan Mod Enterted Date is 11/06/19 Next due date is 01/01/20 | | | | $ (0.00) | | | | | $ - | $ (0.00) |
| 12/06/19 | $ 1,331.26 | 01/01/20 | $ 1,331.26 | $ (0.00) | | | | | $ 1,331.26 | $ 1,331.26 |
| 12/16/19 | | | | $ (0.00) | | | | | $ - | $ 1,331.26 |
| 12/17/19 | | | | $ (0.00) | | $ 747.18 | $ 584.08 | | $ (1,331.26) | $ - |
| 01/06/20 | $ 1,331.26 | 02/01/20 | $ 1,331.26 | $ (0.00) | | | | | $ 1,331.26 | $ 1,331.26 |
| 01/07/20 | | | | $ (0.00) | | $ 747.18 | $ 584.08 | | $ (1,331.26) | $ - |
| 02/10/20 | $ 1,331.26 | 03/01/20 | $ 1,331.26 | $ (0.00) | | | | | $ 1,331.26 | $ 1,331.26 |
| 02/11/20 | | | | $ (0.00) | | $ 747.18 | $ 584.08 | | $ (1,331.26) | $ - |
| 03/05/20 | $ 1,331.26 | 04/01/20 | $ 1,325.46 | $ 5.80 | | | | | $ 1,331.26 | $ 1,331.26 |
| 03/06/20 | | | | $ 5.80 | | $ 747.18 | $ 578.28 | | $ (1,325.46) | $ 5.80 |
| 04/13/20 | $ 1,331.26 | 05/01/20 | $ 1,325.46 | $ 11.60 | | | | | $ 1,331.26 | $ 1,337.06 |
| 04/14/20 | | | | $ 11.60 | | $ 747.18 | $ 578.28 | | $ (1,325.46) | $ 11.60 |
| 05/11/20 | $ 1,331.26 | 06/01/20 | $ 1,325.46 | $ 17.40 | | | | | $ 1,331.26 | $ 1,342.86 |
| 05/12/20 | | | | $ 17.40 | | $ 747.18 | $ 578.28 | | $ (1,325.46) | $ 17.40 |
| 06/03/20 | $ 1,313.86 | 07/01/20 | $ 1,325.46 | $ 5.80 | | | | | $ 1,313.86 | $ 1,331.26 |
| 06/04/20 | | | | $ 5.80 | | $ 747.18 | $ 578.28 | | $ (1,325.46) | $ 5.80 |
| 07/06/20 | $ 1,313.86 | | | $ 1,319.66 | | | | | $ 1,313.86 | $ 1,319.66 |
| 08/13/20 | $ 1,319.66 | 08/01/20 | $ 1,325.46 | $ 1,313.86 | | | | | $ 1,319.66 | $ 2,639.32 |
| 08/14/20 | | | | $ 1,313.86 | | $ 747.18 | $ 578.28 | | $ (1,325.46) | $ 1,313.86 |
| 09/14/20 | $ 1,325.46 | 09/01/20 | $ 1,325.46 | $ 1,313.86 | | | | | $ 1,325.46 | $ 2,639.32 |
| 09/15/20 | | | | $ 1,313.86 | | $ 747.18 | $ 578.28 | | $ (1,325.46) | $ 1,313.86 |
| 10/09/20 | $ 1,325.46 | 10/01/20 | $ 1,325.46 | $ 1,313.86 | | | | | $ 1,325.46 | $ 2,639.32 |
| 10/12/20 | | | | $ 1,313.86 | | $ 747.18 | $ 578.28 | | $ (1,325.46) | $ 1,313.86 |
| 10/30/20 | $ 11.60 | 11/01/20 | $ 1,325.46 | $ - | | | | | $ 11.60 | $ 1,325.46 |
| 10/31/20 | | | | $ - | | $ 747.18 | $ 578.28 | | $ (1,325.46) | $ - |
| 12/10/20 | $ 1,325.46 | 12/01/20 | $ 1,325.46 | $ - | | | | | $ 1,325.46 | $ 1,325.46 |
| 12/11/20 | | | | $ - | | $ 747.18 | $ 578.28 | | $ (1,325.46) | $ - |
| 01/08/21 | $ 1,325.46 | 01/01/21 | $ 1,325.46 | $ - | | | | | $ 1,325.46 | $ 1,325.46 |
| 01/11/21 | | | | $ - | | $ 747.18 | $ 578.28 | | $ (1,325.46) | $ - |
| 02/08/21 | $ 1,325.46 | 02/01/21 | $ 1,325.46 | $ - | | | | | $ 1,325.46 | $ 1,325.46 |
| 02/09/21 | | | | $ - | | $ 747.18 | $ 578.28 | | $ (1,325.46) | $ - |
| 03/08/21 | $ 1,345.26 | 03/01/21 | $ 1,345.26 | $ - | | | | | $ 1,345.26 | $ 1,345.26 |
| 03/09/21 | | | | $ - | | $ 747.18 | $ 598.08 | | $ (1,345.26) | $ - |
| 04/05/21 | $ 1,345.26 | 04/01/21 | $ 1,345.26 | $ - | | | | | $ 1,345.26 | $ 1,345.26 |
| 04/06/21 | | | | $ - | | $ 747.18 | $ 598.08 | | $ (1,345.26) | $ - |
| 05/05/21 | $ 1,345.26 | 05/01/21 | $ 1,345.26 | $ - | | | | | $ 1,345.26 | $ 1,345.26 |
| 05/06/21 | | | | $ - | | $ 747.18 | $ 598.08 | | $ (1,345.26) | $ - |
| 06/10/21 | $ 1,345.26 | 06/01/21 | $ 1,345.26 | $ - | | | | | $ 1,345.26 | $ 1,345.26 |
| 06/11/21 | | | | $ - | | $ 747.18 | $ 598.08 | | $ (1,345.26) | $ - |
| 07/09/21 | $ 1,345.26 | 07/01/21 | $ 1,345.26 | $ - | | | | | $ 1,345.26 | $ 1,345.26 |
| 07/12/21 | | | | $ - | | $ 747.18 | $ 598.08 | | $ (1,345.26) | $ - |
| 08/06/21 | $ 1,345.26 | 08/01/21 | $ 1,345.26 | $ - | | | | | $ 1,345.26 | $ 1,345.26 |
| 08/09/21 | | | | $ - | | $ 747.18 | $ 598.08 | | $ (1,345.26) | $ - |
| 09/21/21 | $ 1,345.26 | 09/01/21 | $ 1,345.26 | $ - | | | | | $ 1,345.26 | $ 1,345.26 |
| 09/22/21 | | | | $ - | | $ 747.18 | $ 598.08 | | $ (1,345.26) | $ - |
| 10/20/21 | $ 1,345.26 | 10/01/21 | $ 1,345.26 | $ - | | | | | $ 1,345.26 | $ 1,345.26 |
| 10/21/21 | | | | $ - | | $ 747.18 | $ 598.08 | | $ (1,345.26) | $ - |
| 11/15/21 | $ 1,345.26 | 11/01/21 | $ 1,345.26 | $ - | | | | | $ 1,345.26 | $ 1,345.26 |
| 11/16/21 | | | | $ - | | $ 747.18 | $ 598.08 | | $ (1,345.26) | $ - |
| 12/17/21 | $ 1,370.00 | 12/01/21 | $ 1,345.26 | $ 24.74 | | | | | $ 1,370.00 | $ 1,370.00 |

| Date | Payment | Due Date | Due Amt | Col5 | Col6 | Col7 | Col8 | Col9 | Col10 | Col11 |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/20/21 | | | | $ 24.74 | | $ 747.18 | $ 598.08 | | $ (1,345.26) | $ 24.74 |
| 01/21/22 | $ 1,350.00 | 01/01/22 | $ 1,366.50 | $ 8.24 | | | | | $ 1,350.00 | $ 1,374.74 |
| 01/24/22 | | | | $ 8.24 | | $ 747.18 | $ 619.32 | | $ (1,366.50) | $ 8.24 |
| 02/15/22 | $ 1,366.50 | 02/01/22 | $ 1,366.50 | $ 8.24 | | | | | $ 1,366.50 | $ 1,374.74 |
| 02/16/22 | | | | $ 8.24 | | $ 747.18 | $ 619.32 | | $ (1,366.50) | $ 8.24 |
| 03/10/22 | $ 1,366.50 | 03/01/22 | $ 1,366.50 | $ 8.24 | | | | | $ 1,366.50 | $ 1,374.74 |
| 03/11/22 | | | | $ 8.24 | | $ 747.18 | $ 619.32 | | $ (1,366.50) | $ 8.24 |
| 04/11/22 | $ 1,358.26 | 04/01/22 | $ 1,366.50 | $ - | | | | | $ 1,358.26 | $ 1,366.50 |
| 04/12/22 | | | | $ - | | $ 747.18 | $ 619.32 | | $ (1,366.50) | $ - |
| 05/10/22 | $ 1,366.50 | 05/01/22 | $ 1,366.50 | $ - | | | | | $ 1,366.50 | $ 1,366.50 |
| 05/11/22 | | | | $ - | | $ 747.18 | $ 619.32 | | $ (1,366.50) | $ - |
| 06/06/22 | $ 1,366.50 | 06/01/22 | $ 1,366.50 | $ - | | | | | $ 1,366.50 | $ 1,366.50 |
| 06/07/22 | | | | $ - | | $ 747.18 | $ 619.32 | | $ (1,366.50) | $ - |
| 07/11/22 | $ 1,366.50 | 07/01/22 | $ 1,366.50 | $ - | | | | | $ 1,366.50 | $ 1,366.50 |
| 07/12/22 | | | | $ - | | $ 747.18 | $ 619.32 | | $ (1,366.50) | $ - |
| 08/12/22 | $ 1,366.50 | 08/01/22 | $ 1,366.50 | $ - | | | | | $ 1,366.50 | $ 1,366.50 |
| 08/15/22 | | | | $ - | | $ 747.18 | $ 619.32 | | $ (1,366.50) | $ - |
| 09/15/22 | $ 1,366.50 | 09/01/22 | $ 1,366.50 | $ - | | | | | $ 1,366.50 | $ 1,366.50 |
| 09/16/22 | | | | $ - | | $ 747.18 | $ 619.32 | | $ (1,366.50) | $ - |
| 11/10/22 | $ 1,366.50 | 10/01/22 | $ 1,366.50 | $ - | | | | | $ 1,366.50 | $ 1,366.50 |
| 11/11/22 | | | | $ - | | $ 747.18 | $ 619.32 | | $ (1,366.50) | $ - |
| 12/14/22 | $ 1,411.36 | 11/01/22 | $ 1,366.50 | $ 44.86 | | | | | $ 1,411.36 | $ 1,411.36 |
| 12/15/22 | | | | $ 44.86 | | $ 747.18 | $ 619.32 | | $ (1,366.50) | $ 44.86 |
| 01/04/23 | $ 1,411.36 | 12/01/22 | $ 1,366.50 | $ 89.72 | | | | | $ 1,411.36 | $ 1,456.22 |
| 01/05/23 | | | | $ 89.72 | | $ 747.18 | $ 619.32 | | $ (1,366.50) | $ 89.72 |
| 02/03/23 | $ 1,366.50 | 01/01/23 | $ 1,411.36 | $ 44.86 | | | | | $ 1,366.50 | $ 1,456.22 |
| 02/06/23 | | | | $ 44.86 | | $ 747.18 | $ 664.18 | | $ (1,411.36) | $ 44.86 |
| 03/08/23 | $ 1,411.36 | 02/01/23 | $ 1,411.36 | $ 44.86 | | | | | $ 1,411.36 | $ 1,456.22 |
| 03/09/23 | | | | $ 44.86 | | $ 747.18 | $ 664.18 | | $ (1,411.36) | $ 44.86 |
| 04/10/23 | $ 1,411.36 | 03/01/23 | $ 1,411.36 | $ 44.86 | | | | | $ 1,411.36 | $ 1,456.22 |
| 04/11/23 | | | | $ 44.86 | | $ 747.18 | $ 664.18 | | $ (1,411.36) | $ 44.86 |
| 05/05/23 | $ 1,411.36 | 04/01/23 | $ 1,411.36 | $ 44.86 | | | | | $ 1,411.36 | $ 1,456.22 |
| 05/08/23 | | | | $ 44.86 | | $ 747.18 | $ 664.18 | | $ (1,411.36) | $ 44.86 |
| 06/09/23 | $ 1,411.36 | 05/01/23 | $ 1,411.36 | $ 44.86 | | | | | $ 1,411.36 | $ 1,456.22 |
| 06/12/23 | | | | $ 44.86 | | $ 747.18 | $ 664.18 | | $ (1,411.36) | $ 44.86 |
| 07/10/23 | $ 1,411.36 | 06/01/23 | $ 1,411.36 | $ 44.86 | | | | | $ 1,411.36 | $ 1,456.22 |
| 07/11/23 | | | | $ 44.86 | | $ 747.18 | $ 664.18 | | $ (1,411.36) | $ 44.86 |
| 08/11/23 | $ 1,411.36 | 07/01/23 | $ 1,411.36 | $ 44.86 | | | | | $ 1,411.36 | $ 1,456.22 |
| 08/14/23 | | | | $ 44.86 | | $ 747.18 | $ 664.18 | | $ (1,411.36) | $ 44.86 |
| 09/15/23 | $ 1,411.36 | 08/01/23 | $ 1,411.36 | $ 44.86 | | | | | $ 1,411.36 | $ 1,456.22 |
| 09/18/23 | | | | $ 44.86 | | $ 747.18 | $ 664.18 | | $ (1,411.36) | $ 44.86 |
| 10/16/23 | $ 1,411.36 | 09/01/23 | $ 1,411.36 | $ 44.86 | | | | | $ 1,411.36 | $ 1,456.22 |
| 10/17/23 | | | | $ 44.86 | | $ 747.18 | $ 664.18 | | $ (1,411.36) | $ 44.86 |
| 11/20/23 | $ 1,411.36 | 10/01/23 | $ 1,411.36 | $ 44.86 | | | | | $ 1,411.36 | $ 1,456.22 |
| 11/21/23 | | | | $ 44.86 | | $ 747.18 | $ 664.18 | | $ (1,411.36) | $ 44.86 |
| 12/13/23 | $ 1,411.36 | 11/01/23 | $ 1,411.36 | $ 44.86 | | | | | $ 1,411.36 | $ 1,456.22 |
| 12/14/23 | | | | $ 44.86 | | $ 747.18 | $ 664.18 | | $ (1,411.36) | $ 44.86 |
| 01/12/24 | $ 1,411.36 | 12/01/23 | $ 1,411.36 | $ 44.86 | | | | | $ 1,411.36 | $ 1,456.22 |
| 01/29/24 | | | | $ 44.86 | | $ 747.18 | $ 664.18 | | $ (1,411.36) | $ 44.86 |
| 02/09/24 | $ 1,411.36 | 01/01/24 | $ 1,411.36 | $ 44.86 | | | | | $ 1,411.36 | $ 1,456.22 |
| 02/12/24 | | | | $ 44.86 | | $ 747.18 | $ 664.18 | | $ (1,411.36) | $ 44.86 |
| 03/26/24 | $ 1,411.36 | 02/01/24 | $ 1,411.36 | $ 44.86 | | | | | $ 1,411.36 | $ 1,456.22 |
| 04/25/24 | $ 1,411.36 | 03/01/24 | $ 1,352.96 | $ 103.26 | | | | | $ 1,411.36 | $ 2,867.58 |
| 04/26/24 | | | | $ 103.26 | | $ 747.18 | $ 664.18 | | $ (1,411.36) | $ 1,456.22 |
| 05/21/24 | $ 1,352.96 | 04/01/24 | $ 1,352.96 | $ 103.26 | | | | | $ 1,352.96 | $ 2,809.18 |
| 05/22/24 | | | | $ 103.26 | | $ 747.18 | $ 605.78 | | $ (1,352.96) | $ 1,456.22 |
| | | | | $ 103.26 | | | | | $ - | $ 1,456.22 |
| | | | | $ 103.26 | | | | | $ - | $ 1,456.22 |
| | | | | $ 103.26 | | | | | $ - | $ 1,456.22 |
| | | | | $ 103.26 | | | | $ 963.28 | $ (963.28) | $ 492.94 |
| | | | | $ 103.26 | | | | $ 1,456.22 | $ (1,456.22) | $ (963.28) |
| | | | | $ 103.26 | | | | $ (963.28) | $ 963.28 | $ (0.00) |
| | | | | $ 103.26 | | | | | $ - | $ (0.00) |
| | | | | $ 103.26 | | | | | $ - | $ (0.00) |
| | | | | $ 103.26 | | | | | $ - | $ (0.00) |
| | | | | $ 103.26 | | | | | $ - | $ (0.00) |
| | | | | $ 103.26 | | | | | $ - | $ (0.00) |
| | | | | $ 103.26 | | | | | $ - | $ (0.00) |