IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Alfred Warner Poole**<br>Debtor(s)<br><br>**Nationstar Mortgage LLC**<br>Movant<br>vs.<br><br>**Alfred Warner Poole**<br>Debtor(s)<br><br>**Jack N. Zaharopoulos**,<br>Trustee | BK NO. 19-01385 HWV<br><br>Chapter 13<br><br>Related to Claim No. 5 |

**CERTIFICATE OF SERVICE**
**NOTICE OF MORTGAGE PAYMENT CHANGE**

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 17, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Alfred Warner Poole
245 Kennedy Court
Hanover, PA 17331

Attorney for Debtor(s)
Thomas E. Miller, Law Offices of Thomas E. Miller, Esquire
249 York Street
Hanover, PA 17331

Trustee
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: November 17, 2022

**/s/Michael P. Farrington Esq.**
Michael P. Farrington Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com